BRYAN CAVE LLP, #145700
Robert W. Shely (No. 014261)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
Facsimile:    (602) 364-7070
E-Mail:  rwshely@bryancave.com
             teresa.meece@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genevieve Barclay-White,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC a Georgia corporation, Trans Union, LLC a Delaware limited liability company, and Bank of America, N.A., a national banking association.<br>                    Defendants. | No. 2:16-cv-00379-DLR<br><br>**NOTICE OF SETTLEMENT**<br><br>(Hon. Douglas L. Rayes) |

Pursuant to LR Civ. 40.2(d), Defendant Bank of America, N.A. and Plaintiff Genevieve Barclay-White ("Plaintiff") by and through undersigned counsel, give notice to the Court that the parties have reached a settlement as to all issues and claims by and between the parties in the above-referenced matter.  The parties request that this Court allow the parties sixty days to finalize their settlement and to file a Joint Stipulation for Dismissal with Prejudice.

//

//

//

//

802829.1

DATED this 7th day of July, 2016.

           BRYAN CAVE LLP


By: s/ Teresa P. Meece
   Robert W. Shely
   Teresa P. Meece
   Two North Central Avenue, Suite 2200
   Phoenix, Arizona 85004-4406
   *Attorneys for Defendant Bank of America, N.A.*


KENT LAW OFFICES


By: s/Trinette G. Kent   (with permission)
   Trinette G. Kent
   Kent Law Offices
   10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
   *Attorney for Plaintiff*

**ORIGINAL** of the foregoing e-filed on this 7th day of July, 2016.

**COPY** of the foregoing mailed on the 8th day of July, 2016, to:

Trinette G. Kent
Kent Law Offices
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
*Attorneys for Plaintiff*


Philip R. Wooten
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403

2

1  AND

2  Kelly A. Hensley
   Strasburger & Price, LLP
3  2801 Network Boulevard, Suite 600
   Frisco, TX 75034
4  *Counsel for Defendant Trans Union LLC*

5

   s/ Donna McGinnis
6

3