# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genevieve Barclay-White, | No. CV-16-00379-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal of Defendant Trans Union LLC, only, with Prejudice. (Doc. 53.) For good cause shown,

**IT IS ORDERED** that Defendant Trans Union be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** vacating any pending hearings and denying all pending motions as moot.

Dated this 24th day of October, 2016.

Douglas L. Rayes
United States District Judge